MARIANNE ARMENTA SBN 293092  
Open Door Legal  
60 Ocean Avenue  
San Francisco, CA 94112  
Phone: (415) 289-5069  
Fax: (415) 534-3469  

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARY PACKER, an individual

Plaintiff(s),

CAPPO MANAGEMENT XLV, LLC, and DOES 1-10, inclusive

Defendant(s).

CASE NUMBER  
4:21-cv-07765-JST

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

- [x] This action is dismissed by the Plaintiff(s) in its entirety.

- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- [ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] **ONLY** Defendant(s) _____  
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

08 / 02 / 2022  
Date

*Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**